UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
_____X
In re:                                                                      Chapter 7
                                                                                 Case No. 06-12388 (RDD)
BANDALONG INCORPORATED,

                        Debtor.
_____X

## NOTICE OF UNCASHED DIVIDEND

      Angela Tese-Milner, Chapter 7 Trustee of the estate of Bandalong Incorporated certifies that on or about June 3, 2010 she mailed out the following check:

| Number | Payee | Address | Amount |
|---|---|---|---|
| 110 | Lyn Gardner | 411 South Main St., #204<br>Los Angeles, CA | $322.92 |

and that said check was returned to her and that on or about September 14, 2010 she requested a stop payment of said check which was successful.

      The Trustee hereby submits a check in the amount of **$322.92** to the Clerk of the Court.

Dated: New York, New York
       October 25, 2010                          s/Angela Tese-Milner
                                          Angela Tese-Milner, Esq. (ATM-9110)

cc: Office of the United States Trustee